**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000259
06-MAR-2026
08:01 AM
Dkt. 26 ODSMR**

NO. CAAP-25-0000259


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ERNEST HORCAJO III, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPN-20-0000003)


ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of self-represented Petitioner-Appellant Ernest Horcajo III's (**Horcajo**) letter, electronically filed March 3, 2026,[1] the papers in support, and the record, it appears that Horcajo seeks reconsideration of the December 22, 2025 Order Dismissing Appeal; however, a motion for reconsideration of the December 22, 2025 order was due on or

---

[1] The letter is deemed filed when Horcajo delivered it to prison officials on February 23, 2026. See Setala v. J.C. Penney Co., 97 Hawaiʻi 484, 485, 40 P.3d 886, 887 (2002).

before January 2, 2026. <u>See</u> Hawaiʻi Rules of Appellate Procedure Rules 26(a), 40(a).

Therefore, IT IS HEREBY ORDERED that the letter, construed as a motion for reconsideration, is dismissed as untimely.

DATED:  Honolulu, Hawaiʻi, March 6, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge